ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

FILED
DEC - 6 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: ) | Chapter 13 |
| ) | |
| SUZANNE M MORENO ) | Case No. 06-50393 ASW |
| ) | |
| ) | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor ) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2480296 for an unclaimed dividend in the amount of $11.04. The name and address of the claimant entitled to the unclaimed dividend is as follows;

SUZANNE M MORENO
724 OREGON ST
WATSONVILLE, CA 95076

Dated: December 02, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE